```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

WHITNEY INFORMATION NETWORK, INC.
and WHITNEY EDUCATION GROUP, INC.,

           Plaintiffs,

vs.                                    Case No.  2:03-cv-640-FtM-29DNF

ROBERT BLAGMAN, BLAGMAN-CENTURY
MEDIA, BLAGMAN MEDIA, BLAGMAN MEDIA
INTERNATIONAL, INC.,

           Defendants.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #72), filed July 11, 2005, recommending that plaintiff's Second Motion to Compel Defendants' Answers to Plaintiffs' Discovery Requests and Motion for Sanctions be granted, and a default be entered against defendants; and that plaintiffs' Agreed Motion to Continue Discovery and Pretrial Deadlines be denied.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9

(11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation is hereby **accepted** and **adopted**.

2. Plaintiffs' Second Motion to Compel Defendants' Answers to Plaintiffs' Discovery Requests and Motion for Sanctions (Doc. #68) is **GRANTED**. The Clerk shall strike the Answer (Doc. #51) and enter a default against all defendants.

3. Plaintiffs' Agreed Motion to Continue Discovery and Pretrial Deadlines (Doc. #70) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __2nd__ day of August, 2005.

/s/ John E. Steele
JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties

DCCD